UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Dianne Fletcher, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VISA, INC.,<br><br>　　　　　Defendant. | Case No.: 4:24-cv-00752<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), I, the undersigned, as counsel of record for Plaintiff Dianne Fletcher, certify to the best of my knowledge and belief, that Dianne Fletcher is a citizen of the United States of America and a resident of the State of Missouri,

Dated: November 20, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Richard M. Paul III*
　　　　　　　　　　　　　　　　　Richard M. Paul III
　　　　　　　　　　　　　　　　　David W. Bodenheimer
　　　　　　　　　　　　　　　　　**PAUL LLP**
　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 300
　　　　　　　　　　　　　　　　　Kansas City, Missouri 64106
　　　　　　　　　　　　　　　　　Telephone: (816) 984-8100
　　　　　　　　　　　　　　　　　Rick@PaulLLP.com
　　　　　　　　　　　　　　　　　David@PaulLLP.com

1