UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Diane Fletcher, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>VISA, INC.,<br><br>                        Defendant. | Case No.: 4:24-cv-00752-FJG |

## **NOTICE OF APPEARANCE**

The Court will please take notice that Christopher Nease, who is admitted to practice in this Court, hereby enters his appearance in this matter on behalf of Defendant Visa Inc.

November 27, 2024

                                              By:    */s/ Christopher Nease*
                                                        Christopher Nease (MO Bar No. 57327)
                                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                                        700 Louisiana Street
                                                        Suite 4000
                                                       Houston, TX 77002-2755
                                                       (913) 972-3923
                                                         Chris.Nease@arnoldporter.com

                                                        *Counsel for Defendant Visa Inc.*