# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request that this court admit _pro hac vice_, _____, an attorney to practice in a United States District Court but not admitted to the Bar of this court, who will be counsel for _____ in the case(s) listed below. I am aware that the local rules of this court require the preparation and presentation of said case(s) and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_Christopher Wrase_ _____
**Signature of Movant/Attorney**                                  **MO Bar Number**

_____                _____
**Date**                                        **Address**

_____                _____
**Phone**

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside of the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I is counsel's appearance, more than one motion pro hac vice, the movant bringing in this motion must participate in the preparation and presentation of the cause, filed below, and must accept service of all papers served. I am aware that the local rules of this court require CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, it will arrange with the movant to keep me advised of papers served and filed in this case.

**Case Number(s):**                              **Case Title(s)**

_____                _____
_____                _____
_____                _____

**Date:** _____       **Signature:** _Matthew Eisenstein_____

**State Bar of Residence & Bar Number:**        **Address:** _____
_____            _____

**Phone:** _____              **Email:** _____

Pursuant to W.D.M.O. Local Rule 83.5(e) a fee of $100 is required for each case in which the attorney is seeking admittance.

## **Supplement Regarding Membership in Additional District Courts**

I am also a member in good standing in the United State District Court for the District of DC.