# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri request that this court admit *pro hac vice*, _____, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the _____ in the case(s) listed below. I am aware that the local rules of this court require the preparation and presentation of said case(s) and that I accept service and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

*Christopher Weiss*  
**Signature of Movant/Attorney**

_____  
**MO Bar Number**

_____  
**Date**

_____  
**Address**

_____  
**Phone**

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am court is granted admission *pro hac vice*, the movant bringing in this motion must participate in the preparation and presentation of the cause, unless excused below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, it will arrange with him movant to keep me advised of papers served and filed in this case.

**Case Number(s):**  
_____  
_____  
_____

**Case Title(s)**  
_____  
_____  
_____

**Date:** _____

**Signature:** *Anne Davis*

**State Bar of Residence & Bar Number:**  
_____

**Address:** _____  
_____

**Phone:** _____

**Email:** _____

Pursuant to WDMO Local Rule 83.5(e) a fee of $100 is required for each case in which the attorney is seeking admittance.