UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Diane Fletcher, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VISA, INC.,<br><br>        Defendant. | Case No.: 4:24-cv-00752-FJG |

**RULE 7.1 DISCLOSURE OF CORPORATION INTERESTS OF VISA, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Visa Inc., by its undersigned counsel, hereby states that Visa Inc. is a publicly traded entity without a parent corporation, and no publicly held company owns 10% or more of its stock.

November 27, 2024

                  By: */s/ Christopher Nease*
                     Christopher Nease (MO Bar No. 57327)
                     ARNOLD & PORTER KAYE SCHOLER LLP
                     700 Louisiana Street
                     Suite 4000
                     Houston, TX 77002-2755
                     (913) 972-3923
                     Chris.Nease@arnoldporter.com

                     *Counsel for Defendant Visa Inc.*