UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Dianne Fletcher, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>VISA, INC.,<br><br>    Defendant. | Case No.: 4:24-cv-00752-FJG |

**DEFENDANT VISA INC.'S UNOPPOSED MOTION TO TRANSFER VENUE**

 Defendant Visa Inc. ("Visa") hereby moves to transfer this action to the United States District Court for the Southern District of New York under the first-filed rule and pursuant to 28 U.S.C. § 1404(a) on the basis that five other earlier-filed actions containing the same allegations as presented in this case are currently pending in that District before the same judge, the Honorable John G. Koeltl. A transfer to the Southern District of New York would promote the interests of justice and judicial economy, and be more convenient for the parties and witnesses. Plaintiff has consented to transfer her case to the Southern District of New York. In support of this Motion, Visa is contemporaneously filing its Supporting Suggestions in Support of the Unopposed Motion to Transfer.

 WHEREFORE, Visa respectfully requests that the Court enter an order transferring this action to the Southern District of New York.

Dated: December 2, 2024

Respectfully submitted,

/s/ *Matthew Eisenstein*
Matthew Eisenstein (*pro hac vice*)
Anne Davis (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Anne.Davis@arnoldporter.com
Matthew.Eisenstein@arnoldporter.com

Christopher Nease (MO Bar No. 57327)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street
Suite 4000
Houston, TX 77002-2755
Telephone: (713) 576-2400
Facsimile: (713) 576-2499
Chris.Nease@arnoldporter.com

*Counsel for Defendant Visa Inc.*